JEAN MILLER, Respondent, v. FREDERICK FELL et al., Constituting the Common Council of the City of Long Beach, et al., Appellants, and MINNIE GOLD et al., Interveners, Appellants.— In an action by a property owner to declare void an ordinance changing two blocks in the city of Long Beach from a Residence "H" District to a Residence "A" District, defendants and the intervening defendants appeal from a judgment directing that the amendment is void because it was not enacted pursuant to a comprehensive or master plan, or in the interests of public safety, health, or general welfare. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ.